JS-6

FILED
CLERK, U.S. DISTRICT COURT

September 11, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ADDIE GWINN,

   Plaintiff,

v.

SYNCHRONY BANK

   Defendant.

Case No.: 5:17-cv-1509 SJO-MRW

**ORDER GRANTING JOINT MOTION TO DISMISS THE ENTIRE ACTION WITHOUT PREJUDICE**

**HON. S. JAMES OTERO**

  Based upon the Parties' Joint Motion to Dismiss, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

IT IS ORDERED.

Dated: September 11, 2017.

*S. James Otero*

**HON. S. JAMES OTERO**
UNITED STATES DISTRICT JUDGE